# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Case Nos.**
**13-60844-Civ-SCOLA**
**13-61546-Civ-SCOLA**

WALINBAY S.A.,

      Plaintiff,

v.

FRESH RESULTS, LLC, et al.,

      Defendants.

_____/

BLUEBERRIES, S.A.,

      Plaintiff,

v.

FRESH RESULTS, LLC, et al.,

      Defendants.

_____/

## ORDER TO SHOW CAUSE REGARDING CONSOLIDATION OF ACTIONS

THIS MATTER is before the Court *sua sponte*.  It appears that the two above-referenced actions may be sufficiently interrelated as to justify consolidation, either in whole (*i.e.*, for discovery and trial) or in part (*i.e.*, for discovery only), in the interest of judicial and litigant economy.  Accordingly, on or before **August 2, 2013**, the parties shall show cause as to why these matters should not be consolidated.  If any party opposes consolidation, that party shall file a memorandum of law in support of their opposition to consolidation.  If the parties agree that consolidation is appropriate, they need only state as much in their memoranda.

**DONE and ORDERED** in chambers, at Miami, Florida, on July 18, 2013.

_____
**ROBERT N. SCOLA, JR.**
**UNITED STATES DISTRICT JUDGE**